# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZ B. RODRIGUEZ and FELIPE RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> VINUTHA RAJASEKHARAIAH, et al., <br><br> Defendants. | Civil Action No.: 11-cv-3892 (PGS) <br><br> ORDER |

A Report and Recommendation was filed on November 26, 2013 recommending that this Court dismiss this case with prejudice for failure to comply with Court Orders and prosecute their case. The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 16th day of December, 2013,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni at docket entry 27 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that this case is dismissed with prejudice.

_____
PETER G. SHERIDAN, U.S.D.J.